UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
<u>MINUTES OF PROCEEDINGS</u>

**OFFICE:**  TRENTON **DATE:**  MARCH 26, 2020

**JUDGE MICHAEL A. SHIPP**

**COURT REPORTER:**  CATHY FORD

**TITLE OF CASE:** **CIVIL ACTION #** 20-3127 (MAS)
ROBERT KASHINSKY et al
        vs.
PHILIP D. MURPHY et al

**APPEARANCES:**
David D. Jensen, Esq. and Adam Kraut, Esq. for Plaintiffs
Stuart M. Feinblatt, DAG, Joseph Fanaroff, DAG, and Bryan E. Lucas, DAG for Defendants

**NATURE OF PROCEEDINGS:**
Telephone Conference held.
A briefing schedule for the Motion for Order to Show Cause filed by Plaintiffs (ECF Nos. [9] – [17]) was set as follows: Defendants' opposition is due Friday, April 3, 2020; Plaintiffs' reply is due Tuesday, April 7, 2020.

Time commenced:    3:03 PM
Time Adjourned:    3:23 PM
Total Time:              20 min

                                                                s/ Gina Hernandez-Buckley
                                                                **DEPUTY CLERK**