**DAVID JENSEN & ASSOCIATES**
BEACON ◊ MANHATTAN   DAVID JENSEN PLLC

33 HENRY STREET
BEACON, NEW YORK 12508-3006

111 JOHN STREET, SUITE 420
NEW YORK, NEW YORK 10038-3126

17 April 2020

Hon. Michael A. Shipp
United States District Judge, District of New Jersey
402 East State Street, Courtroom 5W
Trenton, New Jersey 08608
**Filed by CM/ECF**

Re:  *Kashinsky, et al. v. Murphy, et al.*, No. 3:20-cv-03127-MAS-ZNQ
     Consent Order Administratively Terminating Action

Dear Judge Shipp:

My office represents the Plaintiffs in the above-captioned action. We write, with the consent of the Defendants, to submit the attached consent order administratively terminating this action.

Please don't hesitate to contact the undersigned if you have any questions or concerns. At this time, e-mail is the best way to reach me.

Respectfully submitted,

David D. Jensen

/Encl.

cc:   Stuart M. Feinblatt [Stuart.Feinblatt@law.njoag.gov]
      Bryan E. Lucas [Bryan.Lucas@law.njoag.gov]
      Adam Kraut [akraut@fpclaw.org]

**DAVID JENSEN & ASSOCIATES**
ATTORNEYS   DAVID JENSEN PLLC
NEW YORK PROFESSIONAL LIMITED LIABILITY COMPANY

+ 1.212.380.6615 TEL
+ 1.917.591.1318 FAX
david@djensenpllc.com