David D. Jensen
33 Henry Street
Beacon, New York 12508
(212) 380-6615
david@djensenpllc.com
Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ROBERT KASHINSKY; JONTELL PLATTS; WITOLD KWIATKOWSKI; GINA DIFAZIO; RACING RAILS LLC d/b/a LEGEND FIREARMS; LEGACY INDOOR RANGE AND ARMORY LLC; NEW JERSEY SECOND AMENDMENT SOCIETY; FIREARMS POLICY COALITION, INC.; and SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PHILIP D. MURPHY, in his official capacity as Governor of the State of New Jersey; and PATRICK J. CALLAHAN, in his official capacity as State Director of Emergency Management and as Superintendent of the New Jersey State Police, <br><br> Defendants. | Hon. Michael A. Shipp, U.S.D.J. <br> Hon. Zahid N. Quraishi, U.S.M.J. <br><br> Docket No. 3:20-cv-03127-MAS-ZNQ <br><br> <u>**CIVIL ACTION**</u> <br><br> **CONSENT ORDER ADMINISTRATIVELY TERMINATING ACTION** |

**THIS MATTER** having come before the Court by way of an April 17, 2020 joint status update, and all parties having consented to administrative termination of this matter, and for good cause shown,

**IT IS**, on this \_\_\_\_\_ day of April, 2020, **ORDERED** that this action is **ADMINISTRATIVELY TERMINATED**, without prejudice to any

party's right to make a letter request to restore this matter to the active docket at the appropriate time.

                                              _____
                                              HON. MICHAEL A. SHIPP, U.S.D.J.

The undersigned attorneys hereby consent to the form and entry of the foregoing Order.

GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY

By:  /s/ Bryan Edward Lucas        /s/ David D. Jensen, Esq.
     Bryan Edward Lucas            David D. Jensen, Esq.
     Deputy Attorney General       *Attorney for Plaintiffs*
     *Attorney for Defendants*

Dated: April 17, 2020          Dated: April 17, 2020